Eddie R. Jimenez (SBN 10376)
ejimenez@aldridgepite.com
Arnold L. Graff (SBN13343)
agraff@aldridgepite.com
520 South 4th St., Suite 360
Las Vegas, NV 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

<u>**MAILING ADDRESS**</u>:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for *Appellant* Aldridge Pite, LLP

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| ALDRIDGE PITE, LLP,<br><br>Appellant,<br><br>vs.<br><br>RAVENSTAR INVESTMENTS, LLC,<br><br>Debtor/Appellee. | Case No. 3:17-cv-00658-RCJ<br><br>BK Case No. Case No. 17-50751-BTB<br><br>**ORDER ON STIPULATION DISMISSING APPEAL PURSUANT TO STIPULATED ORDER VACATING ORDER: (1) FINDING CITIBANK, N.A. IN CONTEMPT; (2) COMPELLING CITIBANK, N.A. AND ALDRIDGE PITE, LLP TO COMPLY WITH ORDERS OF THIS COURT; AND (3) AWARDING COERCIVE CIVIL SANCTIONS AS TO ALDRIDGE PITE ONLY** |
|---|---|

The Court having considered *Appellant/movant* Aldridge Pite, LLP and appellee/debtor Ravenstar Investments, LLC Stipulation Dismissing Appeal Pursuant to Stipulated Order Vacating Order: (1) Finding Citibank, N.A. in Contempt; (2) Compelling Citibank, N.A. and Aldridge Pite, LLP to Comply with Orders of this Court; and (3) Awarding Coercive Civil Sanctions as to Aldridge Pite Only and good cause showing, it is **ORDERED** that:

/./././

1 | 1. Case No. 17-cv-00658-RCJ (D. Nev.) is hereby **DISMISSED**.

2

3 IT IS SO ORDERED:

4

5 _____
HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT JUDGE
6 DATED: 11-15-2017

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28